# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC21 | E 1061530 | Rodriguez | 53W |

T2104-0036

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/25/2021  1735 | Title 21 USCS 844 |

**Place of Offense:** Ocean Park Rd.

**Offense Description; Factual Basis for Charge:** HAZMAT ☐
Simple Possession

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ashlasaca | Georgiana | R |

| Tag No. | State | Year | Make/Model | PASS | COM. | Color |
|---|---|---|---|---|---|---|
| 8UDB8410 | CA | 10 | Mazda | | | Gray |

**A ☒** APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B ☐** APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| U.S. Court  1415 State St.  Santa Barbara, CA 93101 | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X _Defendant Signature_

Original - CVB Copy

*E1061530*

CVB SCAN 05/10/2021 14:49

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 25, 2021 while exercising my duties as a law enforcement officer in the Central District of California.

Citation Number: E1061530 / Defendant: Georgiana ASHLASACA

On April 25, 2021, I [RODRIGUEZ] was in full uniform conducting my duty as a conservation patrolman alongside CASTRO. At approximately 1735 hours CASTRO and I were conducting regular routine checks of Ocean Park Rd. when we observed a gray Mazda (CA reg# 8UDB8410) within 25 feet of the railroad tracks. We made contact with the individual and identified her as ASHLASACA, Georgiana via her valid California Driver's License #F4886120. Upon making contact, CASTRO observed ASHLASACA holding an open alcoholic beverage in her hand and asked her to step out of the vehicle. ASHLASACA gave CASTRO consent to search her vehicle. During the search, a glass pipe and white powdery substance in a plastic bag was found in the center console and seized. ASHLASACA was asked what the white powdery substance was in the plastic bag to which she stated was methamphetamine. ASHLASACA was cited with Title 21 USCS 844 Simple Possession and released on her own recognizance.

All information on the front of this notice is incorporated by reference herein

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/25/2021   _Officer's Signature_

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/10/2021 14:49